**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00115-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE RENDON,

    Defendant.

---

## MINUTE ORDER[1]

---

At the oral request of the parties, the revocation of supervised release hearing set for March 13, 2012, is **VACATED** and is **CONTINUED** to **March 29, 2012**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 12, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.